**UNITED STATES Of America, Plaintiff—Appellee,**

v.

**Jose GUTIERREZ–LOPEZ, Defendant—Appellant.**

**No. 04–50156.**
**D.C. No. CR–03–00809–IEG.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 13, 2004.

Orlando Gutierrez, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Sylvia Baiz, San Diego, CA, for Defendant–Appellant.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

**MEMORANDUM****

Jose Gutierrez–Lopez appeals the sentence imposed following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Gutierrez–Lopez contends that in light of *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), the federal Sentencing Guidelines are unconstitutional as a whole. This contention is foreclosed by *United States v. Ameline,* 376 F.3d 967, 981–82 (9th Cir.2004) (declining invitation, after holding that *Blakely* does apply to sentence enhancements based on facts determined by the district judge, to declare Guidelines unconstitutional as a whole).

Gutierrez–Lopez also contends that the illegal reentry guideline, U.S.S.G. § 2L1.2, under which he received a 16–level enhancement based on a prior conviction for a crime of violence, should be stricken following *Blakely* and *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because that guideline is not severable from other guideline provisions whose constitutionality is undermined by *Blakely.* This contention lacks merit. *See United States v. Quintana–Quintana,* 383 F.3d 1052 (9th Cir.2004) (order) (holding that recidivism enhancements under § 2L1.2 remain constitutional after *Blakely*).

We lack jurisdiction to review the district court's denial of Gutierrez–Lopez's request for a downward departure based on cultural assimilation because there is no indication in the record that the district court believed it lacked the discretion to depart on that ground. *United States v. Pizzichiello,* 272 F.3d 1232, 1239 (9th Cir. 2002).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.